UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721



United States District Court, Northern District of California
Phillip Burton United States Courthouse
P.O. Box 36060, 450 Golden Gate Avenue
San Francisco, California 94102-3489





**RE:**   PAUL C. COURTOIS vs. BOARD OF PRISON TERMS
**USDC No.:**   1:07-CV-00644-AWI-SMS

(PR)

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated May 31, 2007, transmitted herewith are the following documents.

**Electronic Documents: 1 to 6.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**June 19, 2007**    /s/ M. Rooney

Deputy Clerk

RECEIVED BY: _____
                Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____