CLOSED, HABEAS, PRISONER_CIVIL_RIGHTS

# U.S. District Court
## Eastern District of California - Live System (Fresno)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00644-AWI-SMS
### Internal Use Only

(HC) Paul C. Courtois v. Board of Prison Terms
Assigned to: Judge Anthony W. Ishii
Referred to: Magistrate Judge Sandra M. Snyder
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/27/2007
Date Terminated: 05/31/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Paul C. Courtois**                        represented by  **Paul C. Courtois**
                                                             T-83017
                                                             P.O. Box 5242
                                                             Corcoran, CA 93212
                                                             PRO SE

*I hereby attest and certify on 6-19-07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.*
*VICTORIA C. MINOR*
*CLERK, U.S. DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*
*By _____ Deputy*

V.

**Respondent**

**Board of Prison Terms**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2007 | 1 | PETITION for WRIT of HABEAS CORPUS by Paul C Courtois.(Gil-Garcia, A) (Entered: 04/30/2007) |
| 04/30/2007 | 2 | PRISONER NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms) (Gil-Garcia, A) (Entered: 04/30/2007) |
| 04/30/2007 |  | SERVICE BY MAIL: 2 Prisoner New Case Documents for AWI, 1 Petition for Writ of Habeas Corpus served on Paul C Courtois (Gil-Garcia, A) (Entered: 04/30/2007) |
| 05/17/2007 | 3 | DECLINE to PROCEED BEFORE US MAGISTRATE JUDGE by Paul C. Courtois. (Rooney, M) (Entered: 05/17/2007) |
| 05/31/2007 | 4 | ORDER, CASE TRANSFERRED to USDC, Northern District of California; original file, certified copy of transfer order, and docket sheet sent; CASE CLOSED; order signed by Judge Sandra M. Snyder on 5/31/07. (Rooney, M) (Entered: 05/31/2007) |
| 05/31/2007 |  | SERVICE BY MAIL: 4 Order, Case Transferred Out to Another District served on Paul C. Courtois. (Rooney, M) (Entered: 05/31/2007) |

| | | |
|---|---|---|
| 05/31/2007 | 5 | TRANSMITTAL of DOCUMENTS re 4 Order, Case Transferred Out to Another District on *5/31/2007* to * United States District Court* *Central District of California* *312 North Spring Street, Room G-8* *Los Angeles, CA 90012*. *Electronic Documents: 1 to 5. *. (Rooney, M) *(DISREGARDED - TRANSMITTAL LETTER ADDRESSED AND FORWARDED TO THE WRONG COURT)* *(Entered: 05/31/2007)* |
| 06/19/2007 | 6 | TRANSMITTAL of DOCUMENTS re 4 Order, Case Transferred Out to Another District on *5/31/2007* to * United States District Court, Northern District of California* *Phillip Burton United States Courthouse* *P.O. Box 36060, 450 Golden Gate Avenue* *San Francisco, California 94102-3489*. *Electronic Documents: 1 to 6. *. (Rooney, M) (Entered: 06/19/2007) |
| 06/19/2007 |  | SERVICE BY MAIL: 6 Transmittal and copy of docket sheet reflecting reservice of transmittal served on Paul C. Courtois. (Rooney, M) (Entered: 06/19/2007) |