**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sacramento Clerk's Office | Fresno Clerk's Office |
| 501 "I" Street , Suite 4–200 | 2500 Tulare Street , Suite 1501 |
| Sacramento, CA 95814 | Fresno, CA 93721 |
| 916–930–4000 | 559–499–5600 |

**April 30, 2007**

**Case Number:** 1:07–CV–00644–AWI–SMS

**Case Title:** PAUL C COURTOIS,     vs. BOARD OF PRISON TERMS,

**Dear Litigant,**

You are hereby notified that the above case number has been assigned to your action. You are to include it on all correspondence (i.e. letters, pleadings, and inquiries) sent to the court. Failure to do so results in delayed processing of your documents.

All matters in this action shall be sent to the following address until further notice:

Office of the Clerk
United States District Court
Eastern District of California
2500 Tulare Street , Suite 1501
Fresno, CA 93721

For timely processing of your pleadings or correspondence, please comply with our Local Rules of Court, in particular:

**Local Rule 5–133** The court requires an <u>original plus one copy</u> of all pleadings, motions, correspondence, etc., sent for filing. If you desire to receive a conformed copy for your records, you must send a third copy of your pleading and a pre–addressed postage– paid envelope for us to return your copy to you.

**Local Rules 30–250, 33–250, 34–250 and 36–250** Discovery requests or responses should not be submitted to the court unless they are relevant and necessary to support or oppose a motion at issue before the court.

**Local Rule 5–135** Once the defendant(s) have served a responsive pleading, you are

under an ongoing duty to serve them with copies of all documents you submitted to the court. A proof of service shall be attached to the original of any document lodged or filed with the court, showing the date, manner and place of service. A sample proof of service is attached.

**Local Rule 7–130** Documents submitted to the court must be legible, firmly bound at the top left corner, pre–punched with two (2) holes centered 2–¾" apart, ½ " from the top edge of the page and writing shall be on one (1) side of the page <u>only</u>.

**Local Rule 7–132** Every document submitted to the court must include your name, address and prisoner identification number in the upper left hand corner of the first page.

**Local Rules 83–182** Each party appearing in propria persona is under a continuing duty to notify the Clerk and all other parties of any change of address by filing separate notice; absent such notice, service at prior address shall be fully effective.

<u>Other Provisions:</u>

A complete copy of the Local Rules should be available in the prison library. We do not provide individual copies to litigants.

<u>Request for Case Status</u> The court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive <u>all</u> court decisions which might affect the status of your case.

<u>Copy Work</u> The Clerk's Office does not provide copies of documents to parties. Copies of documents may be obtained from the Attorney's Diversified Service (ADS) by writing to them at: 741 N. Fulton Street, Fresno CA 93728, or by phoning 800–842–2695. The court will provide copies of docket sheets at $0.50 per page. Note: In Forma Pauperis status does not include the cost of copies.

<u>Proposed Orders</u> Parties are not required to submit a proposed order when filing a motion. If a proposed order is submitted, the court may disregard the order and prepare its own order.

        Victoria C. Minor
        Clerk of Court
        United States District Court

      by: /s/ A. Gil–Garcia
        Deputy Clerk

 The following is a sample Proof of Service.  Pursuant to Rule 5 of the F.R.Cv.P. and Local Rule 5–135, each document filed after the court orders service in your case shall be served on opposing counsel and a proof of service attached to your document filed with the court.

Case 4:07-cv-03290-CW    Document 1-4    Filed 06/22/2007    Page 3 of 4
Case 1:07-cv-00644-AWI-SMS    Document 2    Filed 04/30/2007    Page 3 of 4

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

_____

v.                                                                   **Case Number:**

_____                    **PROOF OF SERVICE**

_____ /


   I hereby certify that on _____, I served a copy

of the attached _____,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at

_____ :

**(List Name and Address of Each
Defendant or Attorney Served)**




   I declare under penalty of perjury that the foregoing is true and correct.

_____

**(Signature of Person Completing Service)**