UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



MAY 17 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

PAUL C COURTOIS,
   Plaintiff(s)/Petitioner(s),

vs.

CASE NO. 1:07-CV-00644-AWI-SMS

BOARD OF PRISON TERMS,
   Defendant(s)/Respondents(s).

**IMPORTANT**
**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

☐ **CONSENT TO JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____     Signature: _____

                            Print Name: _____
                            ( ) Plaintiff/Petitioner ( ) Defendant/Respondent
                            ( ) Counsel for *_____

☑ **DECLINE OF JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: 5/9/07     Signature: Paul C. Courtois

                            Print Name: Paul C. Courtois
                            (✓) Plaintiff/Petitioner ( ) Defendant/Respondent
                            ( ) Counsel for *_____

*If representing more than one party, counsel must indicate name of each party responding.