

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PAUL C. COURTOIS,                    1:07-CV-0644 AWI SMS HC

12          Petitioner,

13       vs.

14   BOARD OF PRISON TERMS,

15          Respondent.          ORDER OF TRANSFER

16   _____/

17       Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

18   U.S.C. § 2254.

19       The federal venue statute requires that a civil action, other than one based on diversity

20   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

21   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

22   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

23   situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which

24   the action may otherwise be brought." 28 U.S.C.  §  1391(b).

25       In this case, the petitioner is challenging a conviction from Humboldt County, which is in the

26   Northern District of California.  Therefore, the petition should have been filed in the United States

27   District Court for the Northern District of California.  In the interest of justice, a federal court may

28   transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v.

1    McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

2         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

3    District Court for the Northern District of California.

4

5    IT IS SO ORDERED.

6    **Dated:   May 31, 2007**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28