UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
**2500 Tulare Street**
**Fresno, CA 93721**

United States District Court, Northern District of California
Phillip Burton United States Courthouse
P.O. Box 36060, 450 Golden Gate Avenue
San Francisco, California 94102–3489

**RE:**      PAUL C. COURTOIS vs. BOARD OF PRISON TERMS
**USDC No.:**   1:07–CV–00644–AWI–SMS

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated May 31, 2007 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 6.**

   Documents maintained electronically by the district court are accessible through
   PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**June 19, 2007**      /s/ **M. Rooney**

Deputy Clerk

RECEIVED BY:

Please Print Name

DATE RECEIVED:

NEW CASE NUMBER: