IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL COURTOIS,                              No. C 07-03290 CW (PR)

       Petitioner,                      ORDER DIRECTING PAYMENT OF
                                            FILING FEE OR FILING OF IN
   v.                                     FORMA PAUPERIS APPLICATION

BOARD OF PRISON TERMS,

       Respondent.
_____/

Petitioner has filed a _pro se_ petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, Petitioner has not paid the requisite $5.00 filing fee or filed an application for leave to proceed _in forma pauperis_ (IFP). The Court cannot conduct an initial review of this matter until Petitioner has either paid the filing fee or completed an IFP application. _See_ 28 U.S.C. § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor).

Accordingly, Petitioner shall pay the requisite $5.00 filing fee in this action no later than thirty (30) days from the date of this Order. He shall include with his payment a clear indication that it is for the above-referenced case number, C 07-03290 CW (PR). In the event that Petitioner is unable to pay the filing fee, he shall submit an IFP application, trust account statement and certificate of funds no later than thirty (30) days from the date of this Order. Failure to pay the filing fee or file the requisite documents within the thirty-day deadline shall result in dismissal of this action.

United States District Court
For the Northern District of California

1    The Clerk of the Court shall send Petitioner a blank prisoner

2  IFP application form along with his copy of this Order.

3    IT IS SO ORDERED.

4  Dated:  9/6/07

5                                                    CLAUDIA WILKEN
                                                     UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PAUL C. COURTOIS,

        Plaintiff,

   v.

BOARD OF PRISON TERMS et al,

        Defendant.

_____/

Case Number: CV07-03290 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul C. Courtois                w/ifp app.
T-83017
P.O. Box 5242
Corcoran,  CA 93212

Dated: September 6, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California

3