IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL C. COURTOIS,

    Petitioner,

v.

BOARD OF PRISON TERMS,

    Respondent.
    _____/

No. C 07-03290 CW (PR)

JUDGMENT

**FILED**
NOV 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

    The Court has dismissed this action without prejudice because Petitioner failed to complete the <u>in forma pauperis</u> application or pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: NOV 1 4 2007

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\HC.07\Courtois3290.jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAUL C. COURTOIS,

    Plaintiff,

v.

BOARD OF PRISON TERMS et al,

    Defendant.

Case Number: CV07-03290 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul C. Courtois
T-83017
P.O. Box 5242
Corcoran, CA 93212

Dated: November 14, 2007

    Richard W. Wieking, Clerk
    By: Clara Pierce, Deputy Clerk