Paul C. Courtois
T-83017
P.O. Box 5242
Corcoran, CA 93212

CV07-03290 CW



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL C. COURTOIS,

    Petitioner,

  v.

BOARD OF PRISON TERMS,

    Respondent.

No. C 07-03290 CW (PR)

JUDGMENT

FILED
NOV 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

    The Court has dismissed this action without prejudice because Petitioner failed to complete the *in forma pauperis* application or pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: NOV 14 2007

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\HC.07\Courtois3290.jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. COURTOIS, | Case Number: CV07-03290 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| BOARD OF PRISON TERMS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul C. Courtois
T-83017
P.O. Box 5242
Corcoran, CA 93212

Dated: November 14, 2007

Richard W. Wieking, Clerk
By: Clara Pierce, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL C. COURTOIS,

        Petitioner,

  v.

BOARD OF PRISON TERMS,

        Respondent.

No. C 07-03290 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

**FILED**

NOV 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

    Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day the action was filed the Court sent a notification to Petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* application. The Clerk sent Petitioner a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed. Petitioner did not respond to the Clerk's notice.

    On September 6, 2007, the Court issued an Order Directing Payment of Filing Fee or Filing of *In Forma Pauperis* Application. The Clerk sent Petitioner another blank *in forma pauperis* application. The Court directed Petitioner to either pay the fee or return the completed application within thirty days or his action would be dismissed. More than thirty days have passed and Petitioner has not paid the filing fee, returned the *in forma pauperis* application or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: NOV 14 2007

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. COURTOIS,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF PRISON TERMS et al,<br><br>    Defendant. / | Case Number: CV07-03290 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul C. Courtois
T-83017
P.O. Box 5242
Corcoran, CA 93212

Dated: November 14, 2007

Richard W. Wieking, Clerk
By: Clara Pierce, Deputy Clerk